AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| MS MARKETING, INC., a California corporation <br><br> *Plaintiff(s)* <br> v. <br> DISCOVER YOUR MOBILITY, INC., a Michigan corporation <br><br> *Defendant(s)* | Civil Action No. 15-cv-62226-Dimitrouleas/Snow |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Discover Your Mobility, Inc.
c/o Claudette Langbeen, Registered Agent
32 E. 10 Mile Road
Hazel Park, MI 48030

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Joshua D. Martin
Johnson & Martin, P.A.
500 W. Cypress Creek Road, Suite 430
Fort Lauderdale, FL 33309

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Oct 22, 2015 _____



Steven M. Larimore
Clerk of Court

s/ J. Adams
Deputy Clerk
U.S. District Courts